Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
JASON TRAVIS UHL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRAVIS UHL ) | Case No.: 1:13-CV-01303-SMS |
| ) | |
| Plaintiff, ) | STIPULATION TO ORDER FOR |
| v. ) | FIRST EXTESNION OF TIME FOR |
| ) | PLAINTIFF TO FILE OPENING |
| CAROLYN W. COLVIN, Acting ) | BRIEF |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO THE HONORABLE SANDRA M. SNYDER, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 60-day extension of time, to and including June 3, 2014, in which to file Plaintiff's Opening Brief in Support of Plaintiff's Complaint.

///

///

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.  Plaintiff's caseload has not allowed completion of this motion and counsel seeks an longer extension so as to avoid further requests as counsels calendar is dense through the next month.  Counsel seeks this extension in good faith and has taken action to reduce her workload so that she is able to keep up in the future.

DATE: April 3, 2014           Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Mr. Jason Travis Uhl


DATE:  April 3, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ *Mr. Jeffrey T. Chen*

BY: _____
Mr. Jeffrey T. Chen
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

**ORDER**

APPROVED AND SO ORDERED

DATED: <u>4/4/2014</u>           /s/ SANDRA M. SNYDER_____
                              UNITED STATES MAGISTRATE JUDGE