Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
JASON TRAVIS UHL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRAVIS UHL | Case No.: 1:13-CV-01303-SMS |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that, as an extension of time in which to file, Plaintiff shall file his Opening Brief in Support of his Complaint on or before August 4, 2014; and that all other deadlines set forth in the August 22, 2013, Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

DATED: 7/7/2014              /s/ SANDRA M. SNYDER
                             UNITED STATES MAGISTRATE JUDGE