BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JASON TRAVIS UHL, | ) No. 1:13-CV-01303-SMS |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **FIRST EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER MOTION** |
| | ) **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully request this additional time because he has over ten cases to brief in the month of September, resulting in a very heavy workload despite due diligence in managing his calendar.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Friday, October 3, 2014.

                                                Respectfully submitted,

Date: *September 3, 2014*                  LAW OFFICES OF LAWRENCE D. ROHLFING

                                    By:    */s/ Denise Bourgeois Haley\**
                                                     DENISE BOURGEOIS HALEY
                                                     *\* By email authorization on Sept. 3, 2014*
                                                     Attorney for Plaintiff

Date: *September 3, 2014*                  BENJAMIN B. WAGNER
                                                     United States Attorney

                                        By:    */s/ Jeffrey Chen*
                                                     JEFFREY CHEN
                                                     Special Assistant United States Attorney
                                                     Attorneys for Defendant

                                                     <u>ORDER</u>

APPROVED AND SO ORDERED:

DATED:  <u>9/3/2014</u>                         <u>/s/ SANDRA M. SNYDER</u>
                                                    UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ