BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JASON TRAVIS UHL, | ) No. 1:13-CV-01303-SMS |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **SECOND EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER MOTION** |
| | ) **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully request this additional time to further consider the issues Plaintiff's raised, including the possibility of voluntary settlement in lieu of further litigation.

Stip. to Extend Def.'s MSJ

1

1    The new due date for Defendant's motion for summary judgment will be Monday,

2  November 3, 2014.

3

4                                          Respectfully submitted,

5  Date: _October 3, 2014_____            LAW OFFICES OF LAWRENCE D. ROHLFING

6                              By:   _/s/ Denise Bourgeois Haley*_____

7                                    DENISE BOURGEOIS HALEY
                                     * By email authorization on Oct. 3, 2014
8                                    Attorney for Plaintiff

9  Date: _October 3, 2014_____            BENJAMIN B. WAGNER
                                           United States Attorney
10

11                             By:   _/s/ Jeffrey Chen_____

12                                   JEFFREY CHEN
                                     Special Assistant United States Attorney
13                                   Attorneys for Defendant

14

15

16

17                                         ORDER

18

19  APPROVED AND SO ORDERED:

20  DATED: _10/6/2014_                     _/s/ SANDRA M. SNYDER_____
                                          UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28  Stip. to Extend Def.'s MSJ

                                            2