# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRAVIS UHL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 1:13-cv-01303-SMS<br><br>ORDER AFFIRMING AGENCY'S DENIAL OF BENEFITS AND ORDERING JUDGMENT FOR COMMISSIONER |

　　　　Plaintiff Jason Travis Uhl, by his attorneys, Law Offices of Lawrence D. Rohlfing, seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability insurance benefits pursuant to Title II and for supplemental security income ("SSI") pursuant to Title XVI of the Social Security Act (42 U.S.C. § 301 *et seq.*) (the "Act").  The matter is before the Court on the parties' cross-briefs, which were submitted, without oral argument, to the Honorable Sandra M. Snyder, U.S. Magistrate Judge.

　　　　Plaintiff alleges that the Commissioner erred in failing to assess properly his personality disorder and drug addiction and alcoholism ("DAA") using the criteria set forth in Social Security Ruling 13-2p.  The Commissioner appears not to dispute the application of SSR 13-2p.  The Court notes, however, that the effective date of SSR 13-2p, which is March 22, 2013, was more than a year after the ALJ issued his decision in this matter.

1

Accordingly, the Court hereby ORDERS each party to submit a supplemental brief, not to exceed five (5) pages, explaining why SSR 13-2p applies in this case.  Both briefs shall be filed with the Court on or before February 4, 2015.  If either party finds a reply brief to be necessary, he or she shall file the reply on or before February 9, 2015.  In the alternative, should the parties agree on the ruling's application, they may provide the Court with their stipulation to that effect on or before February 4, 2015.  The Court shall then take the matter under submission.

IT IS SO ORDERED.

Dated:   **January 23, 2015**                         **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE