**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRAVIS UHL,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:13-cv-01303-SMS<br><br>ORDER STRIKING<br>MIS-CAPTIONED DOCUMENT 25 |

    On January 23, 2015, the Court issued an order directing supplemental briefing in the above-captioned case. Doc. 25. The order was mis-captioned. Accordingly, the Court hereby STRIKES Document 25.

IT IS SO ORDERED.

    Dated: __February 6, 2015__                **/s/ Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE