**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON TRAVIS UHL, | Case No. 1:13-cv-01303-SMS |
| Plaintiff, | |
| v. | ORDER DIRECTING THE PARTIES TO SUBMIT SUPPLEMENTAL BRIEFS |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Jason Travis Uhl, by his attorneys, Law Offices of Lawrence D. Rohlfing, seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability insurance benefits pursuant to Title II and for supplemental security income ("SSI") pursuant to Title XVI of the Social Security Act (42 U.S.C. § 301 *et seq.*) (the "Act"). The matter is before the Court on the parties' cross-briefs, which were submitted, without oral argument, to the Honorable Sandra M. Snyder, U.S. Magistrate Judge.

Plaintiff alleges that the Commissioner erred in failing to assess properly his personality disorder and drug addiction and alcoholism ("DAA") using the criteria set forth in Social Security Ruling 13-2p. The Commissioner appears not to dispute the application of SSR 13-2p. The Court notes, however, that the effective date of SSR 13-2p, which is March 22, 2013, was more than a year after the ALJ issued his decision in this matter.

1

1 Accordingly, the Court hereby ORDERS each party to submit a supplemental brief, not to exceed five (5) pages, explaining why SSR 13-2p does or does not apply in this case. Both briefs shall be filed with the Court on or before February 18, 2015. If either party finds a reply brief to be necessary, he or she shall file the reply on or before February 23, 2015. The Court shall then take the matter under submission.

IT IS SO ORDERED.

Dated: **February 6, 2015**              **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE