BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JASON TRAVIS UHL, | ) No. 1:13-cv-01303-SMS |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **FIRST EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER** |
| | ) **OPPOSITION TO PLAINTIFF'S** |
| CAROLYN W. COLVIN, | ) **MOTION FOR ATTORNEY FEES** |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 14 days to file her opposition to Defendant's motion for attorney fees.  Defendant respectfully request this additional time because the higher amounts requested as a result of this case proceeding to the Ninth Circuit requires additional review and consideration.

Stip. to Extend Def.'s EAJA Opp.

1

The new due date for Defendant's opposition to Plaintiff's motion for attorney fees will be Wednesday, April 13, 2016.

Respectfully submitted,

Date: *March 28, 2016*          LAW OFFICES OF LAWRENCE D. ROHLFING

By:   */s/ Lawrence Rohlfing\**
      LAWRENCE ROHLFING
      *\* By email authorization on March 28, 2016*
      Attorney for Plaintiff

Date: *March 28, 2016*          BENJAMIN B. WAGNER
                                United States Attorney

By:   */s/ Jeffrey Chen*
      JEFFREY CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

IT IS SO ORDERED.

   Dated:   **March 29, 2016**              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s EAJA Opp.

2